# IN THE SUPREME COURT OF PENNSYLVANIA

In re Transfer of Attorney to Administrative : No. 4 IDE
Suspension Status Pursuant to Pa.R.D.E. :
219(I)                              : Nos. C3-17-599, C3-18-490, C3-18-130
                                               :
                                               : Attorney Registration No. 49104
                                               :
                                               : (York County)

## ORDER

**PER CURIAM**

     **AND NOW**, this 8th day of August, 2019, the Disciplinary Board having certified his name to the Court for failure to pay expenses taxed under Pa.R.D.E. 208(g)(3), Clarence E. Allen is transferred to administrative suspension status. *See* Pa.R.D.E. 219(I). He shall comply with all the provisions of Pa.R.D.E. 217.